**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-06-52 (2 and 3) |
| JUAN JOSE CAVAZOS<br>LUIS LEAL | § § | |

**O R D E R**

Defendant Leal filed an unopposed motion for continuance, (Docket Entry No. 794). Co defendant Cavazos is unopposed to the continuance. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | March 23, 2009 |
| Responses to be filed by: | April 6, 2009 |
| Pretrial conference is reset to**:** | **April 20, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 30, 2009, at 9:00 a.m.** |

SIGNED on January 21, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge