IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-06-52 (2 and 3) |
| | § | |
| JUAN JOSE CAVAZOS | § | |
| LUIS LEAL | § | |

**O R D E R**

Defendant's motion for continuance of all scheduled dates, (Docket Entry No. 810), is granted based on ongoing discovery and the need for defense counsel to complete a review of the discovery material, including affidavits for wiretaps and recorded conversations, and to complete the independent investigation of the case. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | April 23, 2009 |
| Responses to be filed by: | May 6, 2009 |
| Pretrial conference is reset to**:** | **May 21, 2009, at 3:00 p.m.** |
| Jury trial and selection are reset to: | **May 26, 2009, at 9:00 a.m.** |

SIGNED on March 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge