IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-06-52-3 |
| LUIS LEAL | § | |

### O R D E R

Defendant Leal filed an unopposed motion to continue the sentencing hearing (Docket Entry No. 837). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 20, 2010, at 9:00 a.m.** Objections to the presentence report will be due by December 11, 2009.

SIGNED on September 17, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge